**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ORLANDO EDNEY** | : | |
| **Plaintiff,** | : | |
| **v.** | : | **Civil Action No. 2:26-CV-00588** |
| **JOSHUA RUBIN, et al.** | : | |
| **Defendants.** | : | |

**[PROPOSED] ORDER**

AND NOW, this _________ day of __________________, 2026, upon consideration of Defendants' Motion to Strike Plaintiff's Amended Complaint for Generative AI Use and Violations of Fed. R. Civ. P. 8(b) and 10(b), it is **HEREBY ORDERED** that the Motion is **GRANTED**. Plaintiff's Amended Complaint, Dkt. 17, is **STRICKEN** from the record.

BY THE COURT:

____________________________

**KAI N. SCOTT, J.**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ORLANDO EDNEY** <br> **Plaintiff,** <br> **v.** <br> **JOSHUA RUBIN, et al.** <br> **Defendants.** | : | **Civil Action** <br> **No. 2:26-CV-00588** |

**DEFENDANTS' MOTION TO STRIKE PLAINTIFF'S AMENDED COMPLAINT FOR GENERATIVE AI USE AND VIOLATIONS OF FED. R. CIV. P. 8(b) AND 10(b)**

Defendants P/O Joshua Rubin (Badge No. 6077), P/O Robert Vazquez (Badge No. 9346), and Police Commissioner Kevin J. Bethel ("Commissioner"), (together "Defendants"), by and through their undersigned counsel, respectfully submit this Defendants' Motion to Strike Plaintiff's Amended Complaint for Generative AI Use and Violations of Fed. R. Civ. P. 8(b) and 10(b) pursuant to Fed. R. Civ. P. 12(f)(2) and in support thereof avers as follows:

1. Plaintiff commenced this action on February 2, 2026 by filing his Complaint (Dkt. 2). In filing his Complaint, Plaintiff used the court's complaint template for *pro se* plaintiffs.

2. On June 12, 2026, Defendants filed a motion to dismiss Plaintiff's Complaint (Dkt. 13).

3. On July 20, 2026, Plaintiff exercised his right to amend his Complaint (Dkt. 17). Defendants observe that this amended complaint is radically different than the complaint previously filed with the court. First, it attempts to mimic the form of a complaint usually filed by an attorney on behalf of a client, including citations to statutes governing jurisdiction and venue which are not included in the general complaint form (e.g., 28 U.S.C. 1391(b)) for *pro se*

plaintiffs. Second, the complaint, starting from page 4, launches into an argument against Defendants now-moot motion to dismiss filed on June 12, 2026.

4. This contradicts Fed. R. Civ. P. 8(d) which requires allegations to be "simple, concise, and direct" and Fed. R. Civ. P. 10(b) which requires that a party "state its claims or defenses in numbered paragraphs, each limited as far as practicable to a single set of circumstances."

5. Given that Plaintiff is *pro se* and was previously able to access the *pro se* forms located on E.D. Pa.'s website, it is more likely than not that these pleading errors are the result of the use of artificial intelligence (AI) rather than simple mistake or lack of resources. Assuming Plaintiff provided the large language model (LLM) with Defendants' motion to dismiss in order to respond to and amend his complaint, it is highly likely that the LLM mistakenly coupled a revised complaint with an opposition brief in response to Plaintiff's request. Plaintiff, unaware of the difference between the two, likely submitted the revised complaint and the opposition to the court.

6. While this court's local rules do not prohibit AI use by attorneys or *pro se* plaintiffs, its standing orders do require the disclosure of generative AI use, "in a clear and plain factual statement," along with a certification that "each and every citation of legal authority has been verified as accurate." *See* Standing Orders RE: Artificial Intelligence in Cases Assigned to Judge Scott (Mar. 3, 2025). Plaintiff has done neither.

7. Accordingly, Defendants' move to strike Plaintiff's Amended Complaint (Dkt. 17) in full for its non-disclosure of AI use and its violations of Fed. R. Civ. P. 8(d) and 10(b).

8. In the alternative, Defendants' move to strike all unnumbered paragraphs after paragraph 22 in Plaintiff's Amended Complaint for AI-use and violations of Fed. R. Civ. P. 8(d) and 10(b).

Respectfully submitted,

Date: August 4, 2026

*/s/ Courtney C. Okwara*
**COURTNEY C. OKWARA, Esq**.
Assistant City Solicitor
Pa. Attorney ID No. 337454
City of Philadelphia, Law Department
1515 Arch Street, 14th Floor
Philadelphia, PA 19102
Phone: 215-685-6654
courtney.okwara@phila.gov

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ORLANDO EDNEY** | : | |
| **Plaintiff,** | : | |
| **v.** | : | **Civil Action No. 2:26-CV-00588** |
| **JOSHUA RUBIN, et al.** | : | |
| **Defendants.** | : | |

## CERTIFICATE OF SERVICE

I hereby certify that on the date below the Defendants' Motion to Strike Plaintiff's Amended Complaint for Generative AI Use and Violations of Fed. R. Civ. P. 8(b) and 10(b) was filed via the Court's electronic filing system and is available for downloading.

Date: August 4, 2026

*/s/ Courtney C. Okwara*

**COURTNEY C. OKWARA, Esq**.
Assistant City Solicitor
Pa. Attorney ID No. 337454
City of Philadelphia, Law Department
1515 Arch Street, 14th Floor
Philadelphia, PA 19102
Phone: 215-685-6654
courtney.okwara@phila.gov

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ORLANDO EDNEY** <br> **Plaintiff,** <br> **v.** <br> **JOSHUA RUBIN, et al.** <br> **Defendants.** | : | **Civil Action** <br> **No. 2:26-CV-00588** |

## CERTIFICATE OF SERVICE (MAILING)

I hereby certify that on the date below the Defendants' Motion to Strike Plaintiff's Amended Complaint for Generative AI Use and Violations of Fed. R. Civ. P. 8(b) and 10(b) was mailed to Plaintiff via United States Mail.

Date: August 5, 2026

*/s/ Courtney C. Okwara*
**COURTNEY C. OKWARA, Esq**.
Assistant City Solicitor
Pa. Attorney ID No. 337454
City of Philadelphia, Law Department
1515 Arch Street, 14th Floor
Philadelphia, PA 19102
Phone: 215-685-6654
courtney.okwara@phila.gov

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ORLANDO EDNEY**<br>**Plaintiff,**<br><br>**v.**<br><br>**JOSHUA RUBIN, et al.**<br><br>**Defendants.** | : | **Civil Action**<br>**No. 2:26-CV-00588** |

**[PROPOSED] ORDER**

AND NOW, this _________ day of __________________, 2026, upon consideration of Defendants' Motion to Dismiss Plaintiff's Amended Complaint, it is **HEREBY ORDERED** that the Motion is **GRANTED**. All claims brought by Plaintiff, Orlando Edney, are **DISMISSED**.

BY THE COURT:

______________________________

**KAI N. SCOTT, J.**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ORLANDO EDNEY**<br>**Plaintiff,**<br>**v.**<br>**JOSHUA RUBIN, et al.**<br>**Defendants.** | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | **Civil Action**<br>**No. 2:26-CV-00588** |

**DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT**

Defendants P/O Joshua Rubin (Badge No. 6077), P/O Robert Vazquez (Badge No. 9346), and Police Commissioner Kevin J. Bethel ("Commissioner"), (together "Defendants"), by and through their undersigned counsel, respectfully submit this Motion to Dismiss Plaintiff's Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(6), in the alternative to their Motion to Strike Plaintiff's Amended Complaint for Generative AI Use and Violations of Fed. R. Civ. P. 8(b) and 10(b), and in support thereof avers as follows:

1. Plaintiff commenced this action on February 2, 2026 by filing his Complaint (Dkt. 2).

2. Plaintiff was approved by the Court to proceed *in forma pauperis* on April 16, 2026.

3. Defendants moved to dismiss Plaintiff's Complaint on June 12, 2026 (Dkt. 13).

4. Plaintiff filed an Amended Complaint (Dkt. 17) on July 20, 2026. Here, Plaintiff claims that his constitutional rights under the Fourth and Fourteenth Amendment were violated

during an arrest that occurred on April 1, 2024 at approximately 9:40 p.m. on or near 65th Dicks Ave. in Southwest Philadelphia. Amend. Compl. (Jurisdiction and Venue), ¶¶ 1, 22.

5. Officers Rubin and Vazquez were responding to a 911 call about a Black male with a firearm in hand. Amend. Compl. ¶¶ 2, 5. Plaintiff, at the time, was located in the same area, had a magazine in his pocket, and had been smoking a cigarette and drinking a beer. *Id.* ¶¶ 2, 5, 12.

6. Plaintiff alleges that the officers violated his constitutional rights when they used forced to bring him to the ground. Amend. Compl. ¶ 14. He specifically alleges that he was searched without legal justification and that the force used to detain him was excessive. Amend. Compl. ¶¶ 11, 16. Plaintiff alleges he suffered head and face trauma, blurry vision, and a lump on his head. *Id.* ¶ 19.

7. Upon review of these allegations, Defendants move, pursuant to Fed. R. Civ. P. 12(b)(6), to dismiss Plaintiff's Amended Complaint in full for failure to state a claim.

8. For the reasons set forth in Defendants' Memorandum of Law, Plaintiff has failed to state a claim for relief under Section 1983 as he has failed to make out a cognizable constitutional violation under either the Fourth or the Fourteenth Amendment; has failed to state a policy or custom violated that would permit suing Defendants in their official capacities or the City of Philadelphia; and has failed to properly plead any facts suggesting personal involvement on behalf of Commissioner Bethel.

9. Accordingly, Defendants respectfully seek relief in the form of dismissal of this Complaint.

Date: August 4, 2026

*<u>/s/ Courtney C. Okwara</u>*
**COURTNEY C. OKWARA, Esq.**
Assistant City Solicitor
Pa. Attorney ID No. 337454

City of Philadelphia, Law Department
1515 Arch Street, 14th Floor
Philadelphia, PA 19102
Phone: 215-685-6654
courtney.okwara@phila.gov

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ORLANDO EDNEY** | : | |
| **Plaintiff,** | : | |
| | : | **Civil Action** |
| **v.** | : | **No. 2:26-CV-00588** |
| **JOSHUA RUBIN, et al.** | : | |
| **Defendants.** | : | |

## CERTIFICATE OF SERVICE

I hereby certify that on the date below the Defendants' Motion to Dismiss Plaintiff's Amended Complaint was filed via the Court's electronic filing system and is available for downloading.

Date: August 4, 2026

*/s/ Courtney C. Okwara*
**COURTNEY C. OKWARA, Esq**.
Assistant City Solicitor
Pa. Attorney ID No. 337454
City of Philadelphia, Law Department
1515 Arch Street, 14th Floor
Philadelphia, PA 19102
Phone: 215-685-6654
courtney.okwara@phila.gov

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ORLANDO EDNEY** <br> **Plaintiff,** <br> **v.** <br> **JOSHUA RUBIN, et al.** <br> **Defendants.** | : | **Civil Action** <br> **No. 2:26-CV-00588** |

**CERTIFICATE OF SERVICE (MAILING)**

I hereby certify that on the date below the Defendants' Motion to Dismiss Plaintiff's Amended Complaint was mailed to Plaintiff via United States Mail.

Date: August 5, 2026

*/s/ Courtney C. Okwara*

**COURTNEY C. OKWARA, Esq**.
Assistant City Solicitor
Pa. Attorney ID No. 337454
City of Philadelphia, Law Department
1515 Arch Street, 14th Floor
Philadelphia, PA 19102
Phone: 215-685-6654
courtney.okwara@phila.gov