**UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

ORLANDO EDNEY, Plaintiff, pro-se

v. Civil No. 26 –cv-588

RUBIN, et. al,

**PLAINTIFF'S NOTICE TO THE COURT REGARDING STATUS OF TRANSCRIPT ORDER AND REQUEST TO MAINTAIN STAY**

Plaintiff, Orlando Edney, Plaintiff pro se, respectfully submits this Notice to inform the Court of the current status of the official transcript order required for these proceedings and to demonstrate Plaintiff's ongoing good faith and diligence.

1. On September 22, 2026, Plaintiff formally placed an order for the court transcripts with the official court reporter for the record in this matter.
2. The official court reporter initially advised Plaintiff that the transcripts would be provided within thirty (30) days.
3. On October 26, 2026, Plaintiff was informed by the court reporter that due to backlogs or scheduling constraints, the transcripts will not be completed or available until November 30, 2026.
4. Plaintiff files this Notice to affirmatively show the Court that Plaintiff has acted with the utmost diligence in attempting to secure the record, and that the current delay is entirely outside of Plaintiff's control.
5. In light of the court reporter's delayed schedule, Plaintiff respectfully requests that the Honorable Judge, maintain and extend the active stay in this matter until November 30, 2026, to allow for the receipt and submission of the critical record components.

6. Plaintiff remains ready to proceed immediately upon receipt of the completed transcripts from the court reporter. Plaintiff has provide this Court and defense Counsel with "**(Exhibit's A/B**)" attach **Transcript request Form / Email from Court Reporter**, due to this matter to show that Plaintiff is not trying to hold up the Court and proceedings.

Dated: October 26, 2026

Respectfully Submitted

Date; 10 - 26 ,2026

Orlando Edney Plaintiff

## CERTIFICATE OF SERVICE

I, Orlando Edney, hereby certify that on this, 10 - 26, 2026, a true and correct copy of the foregoing Plaintiff's Notice to the Court Regarding Status of Transcript Order was served upon the following counsel of record for the Defendants via First-Class United States Mail, postage prepaid.

Courtney C. Okwara, Esq.
Assistant City Solicitor
1515 Arch Street, 14th Floor
Philadelphia, PA 19102

Clerk of Court
U.S. Court House
601 Market Street, Room #2609
Philadelphia, Pa. 19106

Respectfully submitted

Date: 10 - 26, 2026

Orlando Edney, Plaintiff
11133 Templeton Drive
Philadelphia, Pa. 19154

"Exhibit A, B"

# First Judicial District of Pennsylvania

Court Reporter, Digital Recording and Interpreter Administration
Land Title Building, 100 South Broad Street, Second Floor
Philadelphia, Pennsylvania 19110
**Phone:** 215-683-8000 **Email:** transcripts@courts.phila.gov

Case Name: Commonwealth v Orlando Edney

Case No.: CP-51-CR-0002691-2024

Date(s) of Hearing/Trial: 8/14/2024

Co-Defendant Docket Number: ____

Judge: Jennifer Schultz

Reporter Name: ____ Phone #: ____

Courtroom: 901 Next Hearing Date: ____

Reporter Email: ____

Type of Proceeding: ◉ Criminal ○ Civil ○ Family ○ Orphans' Court ○ Juvenile ○ Other: (specify) ____

Is this transcript request associated with an appeal? ○ Yes ○ No

Children's Fast Track: ○ Yes ○ No

Name of Requesting Party: Orlando Edney Pro-se litigant

Signature: Orlando Edney

Phone: 215-526-3078

Today's date: 9/22/2026

Counsel Name (if applicable): ____

Self-represented ○ Not a Party to this action ○

Attorney ID Number: ____

Agency/Firm: ____

Street Address: ____

City, State, Zip: ____

Email Address: Orlandoedney357@gmail.com

**Counsel Status:** ○ District Attorney ○ Defender Association ○ Court-Appointed ○ Private Counsel/Party ○ Judicial Staff ○ City Solicitor

**Transcript Items Requested:** ____

**Transcript Delivery & Cost:** ****MAKE CHECK/MONEY ORDER PAYABLE TO "FJD PROCUREMENT"****

**Original/Ordinary ($3 page)** ○ **Expedited (72hrs $4.50 page)** ○ **Daily (18hrs $6 page)** ○ **Same Day (w/6hrs of session $9 page)** ○

**Court-Appointed Counsel must attach appointment letter to Transcript Order Form (see above)*

**Private Counsel Only-If ordering expedited, daily, or same day, complete order form and contact office and reporter*

************************************************ INTERNAL OFFICE USE ONLY ********************************************************

Copy of Transcript Previously Transcribed: ○ Yes ○ No (As per fee schedule)

Manner of Delivery: ○ Electronic (pdf) ○ Hard Copy

## INVOICE FOR TRANSCRIPT

Invoice for Deposit: ***Pursuant to Pa. R.J.A. No. 4007, transcription will commence upon receipt of deposit. Pursuant to Phila R.J.A. No. *4007(D), the deposit shall be 95% of the estimated cost of the transcript.***

Number of Pages: ____ Date of Completion: ____ Cost Waived or Reduced: ○ Yes ○ No

Deposit Required: **YES**

Deposit Amount: ____ Date of Deposit: ____ Check #: ____

Final Payment Amount: ____ Date of Payment: ____ Check #: ____

***I understand that pursuant to Pa.R.J.A. No. 4007, transcription will not commence until the required deposit is received.**

*Rev. 071317*

Gmail [redacted]

# Fwd: Orlando Edney

**Orlando Edney** <orlandoedney357@gmail.com> Mon, Oct 26, 2026 at 11:07 PM
[redacted]

---------- Forwarded message ---------
From: **Bynes, Shemiah N.** <Shemiah.Bynes@courts.phila.gov>
Date: Mon, Oct 26, 2026, 11:47 AM
Subject: Re: Orlando Edney
To: Orlando Edney <orlandoedney357@gmail.com>

Good morning,

Your transcript will be available by 11/30/26. I have deadlines also and I'm accommodating everyone as best as I can.

**From:** Orlando Edney <orlandoedney357@gmail.com>
**Sent:** Monday, October 26, 2026 9:25 AM
**To:** Bynes, Shemiah N. <Shemiah.Bynes@courts.phila.gov>
**Subject:** Re: Orlando Edney

CAUTION: This email originated from outside the organization. Do not click on links or open any attachments unless you recognize the sender and confirmed the content is safe.

Good morning if by any chance can you please give me a date as to when the transcripts request will be ready so that i can inform the court of such thank you because im on a deadline for real. Have a great day. 215 526 3078

On Mon, Oct 19, 2026, 9:28 AM Orlando Edney <orlandoedney357@gmail.com> wrote:
Good morning how are you? Im following up to check the status on the transcripts that i request. Thank you have a great day.

On Tue, Oct 6, 2026, 9:44 AM Orlando Edney <orlandoedney357@gmail.com> wrote:
Good morning just seeing if all is well with you. Blessing have a good one

On Mon, Sep 28, 2026, 12:37 PM Orlando Edney <orlandoedney357@gmail.com> wrote:
Sorry to hear that hope you're well I really appreciate whatever you can do to help me with this situation. Thank you

On Mon, Sep 28, 2026, 12:22 PM Bynes, Shemiah N. <Shemiah.Bynes@courts.phila.gov> wrote:

Good morning, Mr. Edney:

I received your request. I was out of the office a few days last week and I'm just returning today. By rights we have 30 days to transcribe a request. I will look at your case this week and get back to you.

---

**From:** Orlando Edney <orlandoedney357@gmail.com>
**Sent:** Monday, September 28, 2026 10:09 AM
**To:** Bynes, Shemiah N. <Shemiah.Bynes@courts.phila.gov>
**Subject:** Re: Orlando Edney

ORLANDO EDNEY
11133 Templeton Drive
Philadelphia, PA. 19154

PHILADELPHIA PA 190
29 OCT 2026 PM 9 L




RECEIVED
NOV 2 2026

Attn:
Clerk of Court
U.S. Court House
601 Market Street Rm. 2609
Philadelphia, PA. 19106

19106-179699